

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  BONNIE SUDDERTH

JUSTICES
  ELIZABETH KERR
  J. WADE BIRDWELL
  DABNEY BASSEL
  DANA WOMACK
  MIKE WALLACH
  BRIAN WALKER

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

February 15, 2024

Jodi L. Bender
Duffee+ Eitzen LLP
4311 Oak Lawn Ave., Ste. 600
Dallas, TX 75219-2341
* DELIVERED VIA E-MAIL *

Michael S. Gardner
Gardner Haas PLLC
2501 N. Harwood St., Ste. 1250
Dallas, TX 75201-1608
* DELIVERED VIA E-MAIL *

Civil District Clerk, Tarrant County
Tom Vandergriff Civil Courts Bldg.
100 N. Calhoun St., 2nd Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Hon. Kenneth Newell
Judge, 233rd District Court
Tarrant County Family Law Center
200 E. Weatherford St.
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Building
100 N. Calhoun, 4th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     02-23-00163-CV, 02-23-00164-CV
        Trial Court Case Number:      233-724980-22, 233-694691-21

Style:   Claudia A. Brady
         v.
         Gregory A. Brady and One Network Enterprises, Inc.

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause 02-23-00163-CV and an opinion in cause 02-23-00164-CV. Copies of the opinions and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

FILE COPY

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*